ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED
SEP - 9 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

PATRICIA HARRIS

Debtor

) Chapter 13
)
) Case No. 03-54570 RLE
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
)
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2454351 for an unclaimed dividend in the amount of $10.57. The name and address of the claimant entitled to the unclaimed dividend is as follows;

PATRICIA HARRIS
6457 EDGEMOOR WAY
SAN JOSE, CA 95129

Dated: September 04, 2009

_____
DEVIN DERHAM-BURK, TRUSTEE